VERNON MILLER, Respondent, *v.* THE NEW YORK CENTRAL
    AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Miller* v. *N. Y. C. & H. R. R. R. Co.*, 82 Hun, 614, affirmed.
(Argued February 9, 1897; decided March 2, 1897.)

APPEAL from a judgment of the General Term of the
Supreme Court in the fourth judicial department, entered
December 20, 1894, which affirmed a judgment in favor of
plaintiff entered upon a verdict, and also affirmed an order
denying a motion for a new trial.

*C. D. Prescott* for appellant.

*D. F. Searle* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except MARTIN and VANN, JJ., not sitting.

———

JOANNA DITMAS et al., as Administratrices of HENY CLAY
    DITMAS, Deceased, Respondents, *v.* HECTOR M. HITCHINGS et
    al., as Executors, etc., of BENJAMIN G. HITCHINGS, Deceased,
    Appellants.

*Ditmas* v. *Hitchings*, 83 Hun, 613, affirmed.
(Argued February 9, 1897; decided March 2, 1897.)

APPEAL from a judgment of the General Term of the
Supreme Court in the second judicial department, entered
December 19, 1894, which affirmed a judgment in favor of
plaintiffs entered upon a verdict, and also affirmed an order
denying a motion for a new trial.

*James W. Eaton* and *Hector M. Hitchings* for appellants.

*Frederick W. Holls* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.